FILED
JAN 2 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Carol Murphy, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No.  08 0153 |
| State of Maine *et al.*, | ) ) | |
| Defendants. | ) ) | |

## MEMORANDUM

This matter, submitted by a plaintiff proceeding *pro se*, is before the Court on its initial review of her Motion for Default Judgment. Because the motion is accompanied by an application to proceed *in forma pauperis*, it is construed as a complaint. Plaintiff is a resident of New Sharon, Maine, suing more than 80 defendants mostly in Maine. She seeks the entry of default judgment based on a complaint pending in the United States District Court for the District of Maine. *See* Compl. Attachment (Second Amended Judicial Brief). Plaintiff demands the "return [of] all property stolen from her" and monetary damages of $800 million. Mot. at 5. The presiding court, here the District of Maine, is the only court authorized to entertain plaintiff's motion for default judgment. *See* Fed. R. Civ. P. 55 (establishing default procedures). The Court therefore will dismiss this action for lack of jurisdiction. A separate Order accompanies this Memorandum.

United States District Judge

Date: January 23, 2008