FILED
JAN 2 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Carol Murphy,<br><br>    Plaintiff,<br><br>v.<br><br>State of Maine *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No. **08 0153**<br>)<br>)<br>)<br>) |

ORDER

For the reasons stated in the accompanying Memorandum, it is this 23rd day of January 2008,

ORDERED that the application to proceed *in forma pauperis* [Dkt. No. 2] is GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED with prejudice for lack of jurisdiction. This is a final appealable Order.

                                                /s/<br>
                                    United States District Judge