FILED

MAR 2 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CAROL MURPHY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-153 |
| | ) | |
| THE STATE OF MAINE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Court dismissed this action with basis for lack of jurisdiction. Because plaintiff does not establish a cognizable basis for this Court's jurisdiction in her "Bill of Exception," there is no basis to vacate the prior dismissal order.

Accordingly, it is hereby

ORDERED that plaintiff's "Bill of Exception" is DENIED.

SO ORDERED.

Date: 3/25/08

/s/ Rosemary M. Collyer
United States District Judge

7