# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 08-7034**            **September Term 2007**

**08cv00153**

Filed On:

Carol Murphy,

    Appellant

v.

State of Maine, et al.,

    Appellees



MANDATE
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 8/25/08
BY: [signature], Deputy Clerk
ATTACHED: ___ Amending Order ___ Opinion ___ Order on Costs

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED JUN 2 2008
CLERK

## ON APPEAL FROM THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**BEFORE:**    Sentelle, Chief Judge, and Garland and Brown, Circuit Judges

### JUDGMENT

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order, filed January 25, 2008, dismissing appellant's complaint for lack of jurisdiction be affirmed. The district court properly dismissed appellant's action for a default judgment stemming from a proceeding she filed in the U.S. District Court for the District of Maine. See 28 U.S.C. § 1406(a). That district court is the only court authorized to consider such a motion for default judgment pertaining to that case.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk